# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  ROBERT L. SCHULTZ           §        Case No. 12-84288
        SARAH L. SCHULTZ            §
                                    §
                                    §
            Debtors                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/14/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/10/2013.

5) The case was dismissed on 06/28/2013.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,945.53.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 3,925.46 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 3,925.46 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 224.40 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 224.40 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BOHLMAN LAW OFFICES, P.C. | Lgl | 3,500.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Sec | 18,110.00 | 18,225.86 | 18,225.86 | 1,441.52 | 528.32 |
| JPMORGAN CHASE BANK NA | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Sec | 15,189.00 | 16,018.20 | 16,018.20 | 1,273.06 | 458.16 |
| TOYOTA MOTOR CREDIT | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Sec | 5,150.00 | 5,150.00 | 5,150.00 | 0.00 | 0.00 |
| JOE DEMBINSKI | Pri | 5,800.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 198.00 | 168.00 | 168.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 46.80 | 46.80 | 0.00 | 0.00 |
| ECMC | Uns | 20,140.00 | 21,271.09 | 21,271.09 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE, LLC | Uns | 439.00 | 452.96 | 452.96 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 1,533.00 | 1,542.89 | 1,542.89 | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 598.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR DIAGNOSTIC | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 1,075.00 | NA | NA | 0.00 | 0.00 |
| CRD PRT ASSOC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 266.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPARTMENT OF EDUCATION | Uns | 13,387.00 | 74,085.30 | 74,085.30 | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 11,984.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 9,530.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 8,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 8,500.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE TRUST | Uns | 5,060.00 | 5,382.11 | 5,382.11 | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 3,077.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 2,596.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 1,748.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 1,554.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 635.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 631.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Uns | 731.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| INMOTION PHYSICAL THERAPY | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| KARLEN COVEY | Uns | 6,867.00 | NA | NA | 0.00 | 0.00 |
| LEHMAN & MENIS ORAL SURGERY | Uns | 302.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU LLC | Uns | 170.15 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 80.41 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 9,993.00 | 10,091.22 | 10,091.22 | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 5,636.00 | 5,689.24 | 5,689.24 | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 5,494.00 | 7,000.00 | 7,000.00 | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 5,329.00 | 5,386.67 | 5,386.67 | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 4,153.00 | 4,153.00 | 4,153.00 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,547.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE TRUST | Uns | 3,119.00 | 3,214.11 | 3,214.11 | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 3,041.00 | 3,048.45 | 3,048.45 | 0.00 | 0.00 |
| SALLIE MAE INC | Uns | 875.00 | 875.00 | 875.00 | 0.00 | 0.00 |
| SHERMAN PHYSICIAN GROUP INC | Uns | 346.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 1,265.00 | 601.56 | 601.56 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY | Uns | 0.00 | 446.57 | 446.57 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 3,575.48 | 3,575.48 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 5,150.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 34,244.06 | $ 2,714.58 | $ 986.48 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 39,394.06 | $ 2,714.58 | $ 986.48 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 168.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 168.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 146,862.45 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 224.40 |
| Disbursements to Creditors | $ 3,701.06 |
| **TOTAL DISBURSEMENTS:** | $ 3,925.46 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/22/2013            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.